# Christopher J. Bowes, Esq.
54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com

<u>Via ECF</u>
Hon. Jennifer E. Willis
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> GRANTED. SO ORDERED.
>
> *Jennifer E. Willis*
>
> Jennifer E. Willis
> United States Magistrate Judge
> August 1, 2023

RE:   <u>Knight v. Kijakazi</u>
          1:23-cv-2765-JMF-JW

Dear Judge Willis:

    I am writing to request an additional extension of time in which to file prepare plaintiff's settlement letter in this action.  <u>See</u> ECF No. 7.  Whereas the certified administrative record was filed on July 3, 2023, Plaintiff's settlement letter is due next week, on August 2, 2023.

    I seek a 30 day extension of time, until September 1, 2023, to prepare a settlement letter to the defendant on account of long-scheduled vacation time this week coupled with a very extensive administrative record (2,289 pages).  In addition, I was not administrative counsel below and do not have any of the advantages that might be gained from such previous representation.

    With the kind consent of opposing counsel, Fergus John Kaiser, I respectfully request that the Court approve the following revised briefing schedule:

| | |
|---|---|
| September 1, 2023 | Plaintiff's Settlement Letter |
| October 2, 2023 | Stipulation of Remand or Non-Settlement Letter and Filing of E-CAR |
| December 1, 2023 | Plaintiff's Brief/Motion for Judgment on the Pleadings |
| January 31, 2024 | Defendant's Response |
| February 21, 2024 | Plaintiff's Reply |

  Thank you, again, for Your Honor's patience in this matter.

Respectfully submitted,

*/s/ Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq

cc:    Fergus John Kaiser, Esq.
        Office of Program Litigation, Office 2
        Office of the General Counsel/Social Security Administration
        6401 Security Boulevard
        Baltimore MD 21235
          T (212) 264-2049     Fergus.kaiser@ssa.gov