UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN MARC KNIGHT,

                Plaintiff,

-against-

KILOLO KIJAKAZI, *acting Commissioner of Social Security*,

                Defendant.

**ORDER**

23-cv-2765 (AS) (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request for leave to defer the filing of a memorandum of law in support of an application for fees for a period of 60 days. Dkt. No. 17. This request is GRANTED.

    SO ORDERED.

Dated:    New York, New York
             January 5, 2024

                                    */s/ Jennifer E. Willis*
                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge